Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff
Inez Steward

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INEZ STEWARD, | Case No.: CV 08-7682 FMO |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay the amount of $3,300.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:     7/27/10

_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN,
UNITED STATES DISTRICT COURT
UNITED STATES MAGISTRATE JUDGE

1   Respectfully submitted,

2   LAW OFFICES OF Lawrence D. Rohlfing

3   /s/ Steven G. Rosales
    _____
4   Steven G. Rosales
    Attorney for plaintiff Inez Steward

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26